# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00652-CR

**Robert Williams, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 424TH DISTRICT COURT OF LLANO COUNTY
### NO. CR8460, THE HONORABLE EVAN C. STUBBS, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief was originally due December 21, 2022. After this Court granted multiple motions requesting an extension of time to file his brief, appellant's brief was due April 20, 2023. In granting the most recent extension, this Court advised counsel that no further extensions would be granted and that a failure to file a brief would result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure. To date, the brief has not been tendered for filing and is overdue.

The appeal is abated and remanded to the trial court. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and, if so, whether counsel has abandoned this appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). The court shall make appropriate written findings and recommendations. *See id.* R. 38.8(b)(2), (3). If necessary, the

court shall appoint substitute counsel who will effectively represent appellant in this appeal. Following the hearing, which shall be transcribed, the trial court shall order the appropriate supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than May 26, 2023.  *See id.* R. 38.8(b)(3).

It is so ordered April 27, 2023.


Before Chief Justice Byrne, Justices Triana and Theofanis

Abated and Remanded

Filed:   April 27, 2023

Do Not Publish